# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Case Number: 1:21-mj-05174-JGD

United States of America

v.

Dana McIntyre

## **MOTION TO WITHDRAW**

This counsel moves to withdraw his appearance for Mr. Dana McIntyre as successor counsel filed an appearance in this matter.

Respectfully submitted,

*/s/ Jason M. Stelmack*

By:   Jason M. Stelmack
      The Law Office of Jason M. Stelmack
      1990 Centre Street
      P.O. Box 320615
      Boston, MA 02132
      T.  617-477-3703
      E.  jason@attorneystelmack.com
      BBO#:  667713

Dated:  May 19, 2021

## CERTIFICATE OF SERVICE

I, Jason M. Stelmack, hereby certify that I served a copy of this Motion to Withdraw on all parties on the date listed below via electronic filing via CM/ECF.

                        Respectfully submitted,

                        */s/ Jason M. Stelmack*
                        _____

By:     Jason M. Stelmack
           The Law Office of Jason M. Stelmack
           1990 Centre Street
           P.O. Box 320615
           Boston, MA 02132
           T.  617-477-3703
           E.  jason@attorneystelmack.com
           BBO#:  667713

Dated:  May 19, 2021