UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-10162-DJC |
| ) | |
| DANA MCINTYRE, ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO UNSEAL

The United States of America, by and through its attorney, Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts, hereby moves to unseal the following documents in the instant criminal case, filed on May 26, 2021:

1. United States' Motion to Seal;

2. United States' *Ex Parte* Motion for Post-Indictment Restraining Order;

3. United States' Memorandum of Law in Support of United States' *Ex Parte* Motion for Post-Indictment Restraining Order;

4. Proposed Restraining Order;

5. Notice of Indictment (Docket No. 17); and

6. Restraining Order (Docket No. 28).

In support of this motion, the United States submits that the need for sealing no longer exists, as the interested parties have received appropriate notice of these documents, and the documents have been recorded at the Town Clerk's Office in Grafton, Vermont, in order to restrain and encumber the properties until further order of the Court.

WHEREFORE, the United States respectfully requests that this Court unseal the above-named documents, and that they be placed on the public docket.

                              Respectfully submitted,

                              NATHANIEL R. MENDELL
                              Acting United States Attorney,

By:   */s/ Carol E. Head*
       DAVID M. HOLCOMB
       CAROL E. HEAD
       Assistant United States Attorneys
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100

Date:  June 9, 2021       carol.head@usdoj.gov

APPROVED AND SO ORDERED:

_____
DENISE J. CASPER
United States District Judge

Date:  June 16, 2021

2